1
2
3
4
5
6
7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10  SAKHONE LASAPHANGTHONG,

11          Petitioner,                    No. CIV S-06-2310 GEB CMK P

12      vs.

13  THOMAS FELKER,

14          Respondent.            ORDER

15  _____/

16          Petitioner is a state prisoner proceeding pro se with an application for a writ of

17  habeas corpus pursuant to 28 U.S.C. § 2254. On February 22, 2007, petitioner filed a "Motion

18  for Order Extending Time for Appeal." (Doc. 12.) He seeks an extension of time to appeal to

19  the United States Court of Appeals for the Ninth Circuit on the grounds of "excusable neglect."

20  He seeks an extension of time up to, and including, February 17, 2007. A reading of the motion

21  reveals that petitioner appears to be seeking an extension of time to respond to the respondent's

22  motion to dismiss, which was filed December 12, 2007.

23  ///
24  ///
25  ///
26  ///

1        To date, petitioner has not filed any opposition to the respondent's motion to
2  dismiss.  Nor has he otherwise communicated with the court regarding further requests for an
3  extension of time to respond to the motion.  Accordingly, the court grants the extension of time
4  for petitioner to respond up to, and including, February 17, 2007.
5        IT IS SO ORDERED.
6  DATED:  April 25, 2007.

                                            **CRAIG M. KELLISON**
                                            UNITED STATES MAGISTRATE JUDGE